| *Tier I Pre-Settlement Discovery* | *Proposed Deadline* |
|---|---|
| Initial Disclosures | June 26, 2017 |
| Completion date for Phase I Discovery *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | n/a  (*see* Stipulation ¶ 2, Docket No. 23 ) |
| Status conference *(Generally 15 days post Tier I Discovery)* | July 13, 2017 |
| *Tier II Discovery and Motion Practice* | |
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | November 24, 2017 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | August 25, 2017 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories )* | June 29, 2018 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | July 27, 2018 |
| Rebuttal expert reports completed by: | August 31, 2018 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | September 28, 2018 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | September 28, 2018 |
| COMPLETION OF ALL DISCOVERY BY: *(Note: Presumptively 9 months after Initial Conference.)* | September 28, 2018 |
| Submission of joint pre-trial order | TBD |
| Final Pre-Trial Conference TBD by the court: | TBD |

Dated:  June 7, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Steven M. Kaplan* (w/permission) | */s/ Jeremy L. Burkhardt* |
| STEVEN M. KAPLAN | JEREMY L. BURKHARDT |
| ROSENFELD & KAPLAN, LLP | HARRIS J. PHILLIPS |
| 1180 Avenue of the Americas | Massachusetts Bar #: 675603 |
| Suite 1920 | Trial Attorneys, Tax Division |
| New York, NY 10036 | U.S. Department of Justice |
| (212) 682-1400 | P.O. Box 7238, Ben Franklin Station |
| steve@rosenfeldlaw.com | Washington, D.C. 20044 |
| | Telephone: (202) 616-1906 (HJP) |
| *Attorney for Plaintiff* | Telephone: (202) 353-7251 (JLB) |
| | Fax:  (202) 514-6770 |
| | Harris.J.Phillips@usdoj.gov |
| | Jeremy.L.Burkhardt@usdoj.gov |
| | |
| | *Attorneys for Defendant United States* |