

**U.S. Department of Justice**

**Tax Division**

*Trial Attorney: Harris J. Phillips*  *Please reply to:*  Civil Trial Section, Central Region
*Attorney's Direct Line: 202-616-1906*  P.O. Box 7238
*Fax No.: 202-514-6770*  Washington, D.C. 20044
*Harris.J.Phillips@usdoj.gov*

REZ:RSC:HJPhillips
DJ 5-52-20193
CMN 2017100350                               August 7, 2018

<u>*VIA ECF FILING*</u>

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:   Discovery Deadline
            *Estate of Richard Siegal v. United States*, Case No. 2:16-cv-06411 (E.D.N.Y.)

Dear Judge Hurley:

    Pursuant to your Individual Practice Rule 2.A., the United States and the Estate of Richard Siegal respectfully submit this joint letter seeking clarification of the discovery deadline in the above-referenced matter. The discovery schedule (Docket No. 29-1), made effective by Magistrate Judge Shields's order dated March 2, 2018, provides a fact discovery deadline of December 7, 2018, and an expert discovery deadline of March 8, 2019.

    Recently the United States filed via ECF a letter requesting a pre-motion conference regarding the United States' anticipated motion for partial summary judgment. On August 2, 2018, this Court denied that request "as pre-mature in light of the extension of all discovery deadlines to **September 28, 2018**." The parties submit this letter to confirm that the discovery schedule set forth in Docket No. 29-1 continues to govern discovery in this case, and that the Court's August 2, 2018 order did not modify those deadlines.

//

//

//

//

//

//

- 2 -

Respectfully submitted,

/s/*Steven M. Kaplan* (w/permission)
STEVEN M. KAPLAN
ROSENFELD & KAPLAN, LLP
1180 Avenue of the Americas
Suite 1920
New York, NY 10036
(212) 682-1400
steve@rosenfeldlaw.com

*Attorney for Plaintiff*

/s/*Jeremy L. Burkhardt*
JEREMY L. BURKHARDT
HARRIS J. PHILLIPS
Massachusetts Bar #: 675603
GRETCHEN E. NYGAARD
District of Columbia Bar # 1006292
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1906 (HJP)
Telephone: (202) 353-7251 (JLB)
Telephone: (202) 305-1672 (GEN)
Fax:  (202) 514-6770
Harris.J.Phillips@usdoj.gov
Jeremy.L.Burkhardt@usdoj.gov
Gretchen.E.Nygaard@usdoj.gov
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2018, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system which will notify all registered participants, including:

Steven M. Kaplan
Adrianna Grancio
ROSENFELD & KAPLAN, LLP
1180 Avenue of the Americas
Suite 1920
New York, NY 10036
(212) 682-1400
steve@rosenfeldlaw.com
adrianna@rosenfeldlaw.com

Stephen N. Shashy
Miriam L. Fisher
LATHAM & WATKINS LLP
555 Eleventh Street NW
Washington, DC 20004
(202) 637-1005
stephen.shashy@lw.com
miriam.fisher@lw.com

Brian C. McManus
LATHAM & WATKINS LLP
200 Clarendon Street
John Hancock Tower, 27th Floor
Boston, MA 02116
(617) 486-6016
brian.mcmanus@lw.com

Elizabeth Anne Morris
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
elizabeth.morris@lw.com

*Attorneys for Plaintiff*

    /s/*Jeremy L. Burkhardt*
    JEREMY L. BURKHARDT
    Attorney for the United States