

**U.S. Department of Justice**

**Tax Division**

*Trial Attorney: Harris J. Phillips*
*Attorney's Direct Line: 202-616-1906*
*Fax No.: 202-514-6770*
*Harris.J.Phillips@usdoj.gov*

*Please reply to:*   Civil Trial Section, Central Region
P.O. Box 7238
Washington, D.C. 20044

REZ:RSC:HJPhillips
DJ 5-52-20193
CMN 2017100350

June 5, 2020

**<u>VIA ECF FILING</u>**

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Proposed final judgment
              *Estate of Richard Siegal v. United States*, Case No. 2:16-cv-06411 (E.D.N.Y.)

Dear Judge Hurley:

    On June 5, 2020, the Court entered an order seeking clarification of the interest rate that applies to the proposed final judgment that the parties had previously submitted. Attached to this letter please find a revised proposed final judgment that supplies the requested statutory reference.

    Respectfully submitted,

    /s/Harris J. Phillips
    HARRIS J. PHILLIPS
    Trial Attorney, Tax Division
    U.S. Department of Justice